JUDGE STEIN

07 CIV 8237

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC., :
JOHN WILEY & SONS, INC., :
CENGAGE LEARNING INC., AND :
THE MCGRAW-HILL COMPANIES, INC., :
: 
                Plaintiffs, :
:
   -against- :
:
NADIR KNYANE D/B/A GABBANAX :
D/B/A NADCORPX
AND JOHN DOES NOS. 1-5, :
:
                Defendants. :
- - - - - - - - - - - - - - - - - x

[RECEIVED SEP 21 2007 U.S.D.C. S.D.N.Y. CASHIERS]

RULE 7.1 STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cengage Learning Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 9/14/07

William Dunnegan
SIGNATURE OF ATTORNEY