```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,              :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND            :
THE MCGRAW-HILL COMPANIES, INC.,
                                      :
                Plaintiffs,
                                      :
        -against-                          07 Civ. 8237 (SHS)
                                      :
NADIR KNYANE D/B/A GABBANAX
D/B/A NADCORPX AND JOHN               :
DOES NOS. 1-5,
                                      :
                Defendants.
                                      :
- - - - - - - - - - - - - - - - - - -x
```

PLAINTIFFS' EX PARTE APPLICATION FOR AN
ORDER ALLOWING SERVICE ON DEFENDANT NADIR
KNYANE AND AUTHORIZING THE ISSUANCE OF A
SUBPOENA TO DETERMINE THE IDENTITIES
AND LOCATIONS OF DEFENDANTS

Plaintiffs hereby move pursuant to Rules 4(e)(1) and 26(d) of the Federal Rules of Civil Procedure for an order (i) allowing service by e-mail of the summons and complaint on defendant Nadir Knyane d/b/a Gabbanax d/b/a Nadcorpx, and (ii) authorizing plaintiffs to serve a subpoena on PayPal, Inc. to determine the identities and locations of defendants, which are presently unknown to plaintiffs.

A proposed order is annexed.

Dated: New York, New York
       September 24, 2007

        DUNNEGAN LLC

        By /s/ William Dunnegan
        William Dunnegan (WD9316)
        Megan L. Martin (MM4396)
Attorneys for Plaintiffs
  Pearson Education, Inc.,
  John Wiley & Sons, Inc.,
  Cengage Learning Inc., and
  The McGraw-Hill Companies, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300