UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                  :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND                :
THE MCGRAW-HILL COMPANIES, INC.,
                                          :
          Plaintiffs,
                                          :
     -against-                            07 Civ. 8237 (SHS)

                                          :
NADIR KNYANE D/B/A GABBANAX
D/B/A NADCORPX  AND JOHN                  :
DOES NOS. 1-5,
                                          :
          Defendants.
                                          :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

ORDER ALLOWING SERVICE BY E-MAIL AND SERVICE
OF A SUBPOENA TO ASCERTAIN THE IDENTITY
AND LOCATION OF DEFENDANTS

Upon the application of plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning Inc. and The McGraw-Hill Companies, Inc., as set forth in the annexed declaration of William Dunnegan, dated September 24, 2007, *and at the initial pretrial conference Nov 16, 2007 - Ctn 73.4* for an order (i) pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure allowing service by e-mail of the summons and complaint on defendant Nadir Knyane d/b/a Gabbanax d/b/a Nadcorpx, and (ii) pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of a subpoena on PayPal, Inc. to ascertain the true identities and locations of defendants

Nadir Knyane d/b/a Gabbanax d/b/a Nadcorpx and John Doe Nos. 1-5, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, that plaintiffs may serve the summons and complaint in this action upon defendant Nadir Knyane d/b/a Gabbanax d/b/a Nadcorpx by e-mailing a copy of each, along with a copy of this order, in .pdf format to the e-mail address nadcorpx@hotmail.com; and it is further

ORDERED that service shall be deemed complete upon the filing of a declaration with the Clerk of the Court affirming that the e-mail has been sent in conformity with this order; and it is further

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiffs may serve a subpoena on PayPal, Inc. to identify and locate defendants Nadir Knyane d/b/a Gabbanax d/b/a Nadcorpx and John Does Nos. 1-5 in this action; *and it is further Ordered that a pretrial conference will take place in Ctrm 23A at the U.S. Courthouse, 500 Pearl St., N.Y., N.Y. 10007 on January 18, 2008 at 10 AM.*

Dated: New York, New York
~~September~~ *Nov 12, 16*, 2007

_____
U.S.D.J.

2