```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PEARSON EDUCATION, INC., *ET AL.*,  :    07 Civ. 8237 (SHS)

                Plaintiffs,   :

    -against-   :    ORDER

NADIR KNYANE, *ET AL.*,   :

                Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendant,

    IT IS HEREBY ORDERED that:

    1.    The next pretrial conference is scheduled for February 29, 2008, at 10:00 a.m.; and

    2.    Plaintiffs' counsel shall serve a copy of this Order on defendants.

Dated: New York, New York
       January 18, 2008

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.