```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

PEARSON EDUCATION, INC., *ET AL.*,      :      07 Civ. 8237 (SHS)

                Plaintiffs,      :

    -against-      :      ORDER OF DISMISSAL

NADIR KNYANE, *ET AL.*,      :

                Defendants.      :

```
------------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

    The plaintiffs' attorney having notified this Court that this case has been settled,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       February 29, 2008

                                          SO ORDERED:

                                          _____
                                          Sidney H. Stein, U.S.D.J.